IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BEVERLY K. ARMSTRONG,

    Plaintiff,

vs.                               CASE NO.: 1:05cv205-SPM/AK

JAMES NICHOLSON, Secretary,
United States Department of
Veterans Affairs,

    Defendant.
_____/

## ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL

For good cause shown, the parties' Stipulated Motion to Continue Trial, Pretrial Conference, and Other Matters (doc. 48) is granted. To keep the case on calendar pending a ruling on the summary judgment motion, trial will be continued to the May 19, 2008, docket. If the summary judgment motion is denied, a separate order setting the pretrial conference and filing requirements will be issued.

SO ORDERED this 2nd day of January, 2008.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge