IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BEVERLY K. ARMSTRONG,

    Plaintiff,

vs.                                                        CASE NO.: 1:05cv205-SPM/AK

JAMES NICHOLSON, Secretary,
United States Department of
Veterans Affairs,

    Defendant.
_____/

## ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL

For good cause shown, the parties' Joint Motion for Continuance (doc. 54) is granted. Trial is continued to Tuesday, September 2, 2008, at 8:30 a.m. The May 19, 2008, pretrial conference is cancelled. A separate order setting a new pretrial conference and filing requirements will be issued closer to the new trial date.

SO ORDERED this 6th day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge