IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BEVERLY K. ARMSTRONG,

    Plaintiff,

vs.                                CASE NO.: 1:05cv205-SPM/AK

JAMES NICHOLSON, SECRETARY
UNITED STATES DEPARTMENT OF
VETERAN'S AFFAIRS,

    Defendant.
_____/

**ORDER GRANTING EXTENSION OF TIME AND LEAVE TO REPLY
AND DENYING MOTIONS TO STRIKE**

This cause comes before the Court on various motions related to summary judgment. Upon consideration, it is

ORDERED AND ADJUDGED:

1. Plaintiff's motion for extension of time to respond (doc. 33) is granted. The response is accepted as timely filed.

2. Defendant's motion for leave to file reply (doc. 39) is granted. The reply has been considered.

3. Plaintiff's motions to strike (docs. 32, 42, and 44) are denied.

DONE AND ORDERED this 4th day of June, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge