IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BEVERLY K. ARMSTRONG,

    Plaintiff,

vs.                                CASE NO.: 1:05cv205-SPM/AK

JAMES NICHOLSON, SECRETARY
UNITED STATES DEPARTMENT OF
VETERAN'S AFFAIRS,

    Defendant.

_____/

**ORDER DENYING AS MOOT MOTION
FOR LEAVE TO SUBMIT EXPERT WITNESS LIST**

    This Court having decided to grant Defendant's motion for summary judgment, it is

    ORDERED AND ADJUDGED that Plaintiff's Motion for Leave to Submit Expert Witness List (doc. 50) is denied as moot.

    DONE AND ORDERED this 4th day of June, 2008.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge